================================================================
This memorandum is uncorrected and subject to revision before
publication in the New York Reports.
----------------------------------------------------------------

No. 103
In the Matter of the
Hon. J. Marshall Ayres, a Justice
of the Conklin Town Court, Broome
County.

       Petitioner Ayres, pro se.
       Robert H. Tembeckjian, for respondent New York State
Commission on Judicial Conduct.

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

On the Court's own motion, it is determined that Honorable J.
Marshall Ayres is suspended, with pay, effective immediately,
from the office of Justice of Conklin Town Court, Broome County,
pending disposition of his request for review of a determination
by the State Commission on Judicial Conduct.  Chief Judge DiFiore
and Judges Rivera, Stein, Fahey, Garcia and Wilson concur.

Decided June 1, 2017